IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROOSEVELT DUNLAP, #12937-002,     ) | |
|        ) | |
|     Plaintiff,     ) | |
|        ) | |
| vs.     ) | CIVIL ACTION NO. 3:11cv738-WHA |
|        ) | |
| CORPORAL COOPER, et al.,     ) | (WO) |
|        ) | |
|     Defendants.     ) | |

## JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice prior to service of process.

DONE this 4th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE